USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: January 15, 2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

UNITED STATES OF AMERICA

       v.

ALEXIS VALDEZ,

               Defendant.
---------------------------------------------------------------X

17-CR-487-9 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

    Defendant Alexis Valdez has filed a *pro se* motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A). (ECF No. 348.) The Government is ordered to respond to Defendant's motion by February 5, 2025. Defendant's reply, if any, is due by April 6, 2025, but may be submitted earlier. Once the Court receives Defendant's reply, the Court will consider the motion fully briefed and ready for ruling.

    The Clerk of Court is respectfully directed to mail a copy of this Order to Mr. Valdez at FCI Ray Brook.

    SO ORDERED.

Dated: New York, New York
       January 15, 2025

                                                  */s/ Kimba M. Wood*
                                                KIMBA M. WOOD
                                        United States District Judge