```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: January 21, 2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA

           v.

ALEXIS VALDEZ,

           Defendant.
------------------------------------------------------------X

17-CR-487-9 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

    Defendant Alexis Valdez filed a *pro se* motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A). (ECF No. 348.) The Court ordered the Government to respond to Defendant's motion by February 5, 2025. (ECF No. 349.) The Government has requested an extension of time to respond. (ECF No. 350.)

    The Government's request for an extension of time to respond to Mr. Valdez's motion for compassionate release is GRANTED. The Government's response is due March 12, 2025. Mr. Valdez's reply, if any, is due by May 12, 2025, but may be submitted earlier.

    The Clerk of Court is respectfully directed to mail a copy of this Order and ECF No. 350 to Mr. Valdez at FCI Ray Brook.

    SO ORDERED.

Dated: New York, New York
       January 21, 2025

                                                         */s/ Kimba M. Wood*
                                                       KIMBA M. WOOD
                                             United States District Judge