USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: February 3, 2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

UNITED STATES OF AMERICA

          v.

ALEXIS VALDEZ,

          Defendant.
------------------------------------------------------------------X

17-CR-487 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

    Defendant Alexis Valdez has filed a *pro se* motion pursuant to 18 U.S.C. § 3582(c)(2) and Amendment 821 seeking an amended presentence investigation report. (ECF No. 352.) By February 24, 2025, the Government shall notify the Court whether it opposes Valdez's request to amend his PSR, and if so, provide reasons for its opposition.

    The Clerk of Court is respectfully directed to mail a copy of this Order to Valdez.

    SO ORDERED.

Dated: New York, New York
       February 3, 2025

                                            */s/ Kimba M. Wood*
                                              KIMBA M. WOOD
                                          United States District Judge