USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: __________________
DATE FILED: November 18, 2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

UNITED STATES OF AMERICA

v.

ALEXIS VALDEZ,

Defendant.

------------------------------------------------------X

17-CR-487 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

Defendant Alexis Valdez, proceeding *pro se*, has filed a motion for Hearing On Motion For Compassionate Release Or To Correct Sentence. (ECF No. 375). In this motion, Defendant Valdez seeks to supplement his Motion for Compassionate Release, (ECF No. 348), with information about the execution of his sentence by the Bureau of Prisons. This information cannot supplement Defendant's Motion for Compassionate Release because that motion was denied on March 30, 2026. (ECF No. 374). The Court declines to exercise its inherent authority to alter Defendant's imposed 160-month sentence. The Court is aware that Defendant has filed a 28 U.S.C. § 2241 petition raising the same argument in the District of Maryland. (*See* Pet. For Writ of Habeas Corpus, *Valdez v. Bayless*, No. 26-cv-03002-DLB (D. Md. Aug. 7, 2026), ECF No. 1); *see Poindexter v. Nash*, 333 F.3d 372, 377 (2d Cir. 2003) (stating that § 2241 petitions may properly challenge "calculations by the Bureau of Prisons of the credit to be given for other periods of detention"). For these reasons set forth above, the Court DENIES Defendant's motion.

The Clerk of Court is respectfully directed to close the pending motion at ECF No. 375.

SO ORDERED.

Dated: New York, New York
November 18, 2026

*/s/ Kimba M. Wood*
KIMBA M. WOOD
United States District Judge